IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
FILED
December 19, 2005
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **EARNEST CARL WILSON** § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. 3:04-CV-0933-R |
| § | |
| **DOUGLAS DRETKE, Director** § | |
| **Texas Department of Criminal Justice** § | |
| **Correctional Institutions Division.** § | |
| § | |
| Respondent. § | |

## ORDER ADOPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Irma Carrillo Ramirez filed Findings, Conclusions and a Recommendation in this case on November 30, 2005. Petitioner, Ernest Carl Wilson, filed objections to the Findings, Conclusion, and Recommendation on December 14, 2005.

The Court has reviewed the Magistrate Judge's Findings, Conclusions, and Recommendation pursuant to 28 U.S.C. §636(b) and has considered Petitioner's objections. After careful consideration, the Court concludes that Judge Ramirez's Findings, Conclusions, and Recommendation are correct and are hereby **ADOPTED** as the findings of this Court. Additionally, for the reasons stated in the Findings, Conclusions, and Recommendation, the Court **DENIES** petitioner's motions for leave to file a motion for summary judgment (docs. 15 and 17) and **DEEMS MOOT** the petition for stay (doc. 2). The Court will formally deny Wilson's petition for writ of habeas corpus by separate judgment.

1

**IT IS SO ORDERED**

**ENTERED: December 19, 2005**

_____
**Hon. JERRY BUCHMEYER**
**SENIOR UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**

2